UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARVIN HERNANDEZ LOPEZ,

        Petitioner,

    v.

Case No. 2:25-cv-830-KCD-NPM

DAVID HARDIN, IN HIS OFFICIAL CAPACITY AS WARDEN OF GLADES DETENTION FACILITY AS SHERIFF OF GLADES COUNTY SHERIFF'S OFFICE; DIRECTOR, TAMPA FIELD OFFICE, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, OFFICIAL CAPACITY; ACTING DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, OFFICIAL CAPACITY; SECRETARY, DEPARTMENT OF HOMELAND SECURITY, OFFICIAL CAPACITY; AND UNITED STATES ATTORNEY GENERAL, OFFICIAL CAPACITY;

        Respondents.
_____/

## **ORDER**

The Court previously entered a temporary restraining order ("TRO") enjoining Respondents from removing Petitioner from the Middle District of Florida. Petitioner now moves to extend the TRO by an additional 14 days.

(Doc. 25.) Given the time-sensitive nature of the request, the Court will consider the motion without a response.

Under Fed. R. Civ. P. 65(b)(2), a TRO may be extended for "good cause." *Id.* The circumstances warranting the TRO remain—namely, Petitioner could be immediately deported and lose his ability to seek judicial relief. Thus, to preserve the status quo until the merits are addressed, Petitioner's motion is **GRANTED**. The TRO will expire on the earlier of the Court addressing the habeas petition or October 30, 2025.

**ORDERED** in Fort Myers, Florida on October 16, 2025.

Kyle C. Dudek
United States District Judge